UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
THE THEODORE KING and GARY LA BARBERA,
Trustees of Local 282 International
Brotherhood of Teamsters Welfare,
Pension, Annuity, Job Training and
Vacation Sick Leave Trust Funds,

Index # CV-05-1082 (JG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 03 2005 ★
BROOKLYN OFFICE

Plaintiffs,

-against-

**JUDGMENT AND PERMANENT INJUNCTION**

JERRY BASS D/B/A BASS & BASS WATCH GUARD
AND PATROL AND B & B TRUCKING, CORP.,

Defendant.
--------------------------------------------------------X

This action having been commenced on February 2, 2005, by the filing of a Complaint, and a Summons and Complaint having been served on Defendant JERRY BASS D/B/A BASS & BASS WATCH GUARD AND PATROL by substituted service on April 13, 2005 and on Defendant B & B TRUCKING, CORP., by service upon the Secretary of State on March 3, 2005, and Defendants having failed to appear and answer and Defendants being in default, and Defendants not being infants, incompetent or in the military of the United States,

NOW, upon application of Avram H. Schreiber, Esq., attorney for Plaintiffs, it is

ORDERED, ADJUDGED AND DECREED that Plaintiffs THEODORE KING and GARY LA BARBERA, as Trustees of Local 282 International Brotherhood of Teamsters Welfare, Pension, Annuity, Job Training and Vacation/Sick Leave Trust Funds, have judgment against Defendants JERRY BASS D/B/A BASS & BASS WATCH GUARD AND PATROL AND B & B TRUCKING, CORP., in the amount of $13,378.50, plus costs and disbursements in the sum of $325.00, totaling $13,703.50, and that Plaintiffs have execution therefore, and it is further,

ORDERED, ADJUDGED AND DECREED, that Defendants and its agents, directors, officers, successors, heirs and assigns, shall not, for so long as they remain obligated to contribute to the Plaintiff FUNDS, fail, refuse or neglect to submit required contribution reports and payments in accordance with the rules of the Fund, and it is further,

ORDERED, ADJUGDGED AND DECREED, that Defendants's obligation pursuant to this injunction shall remain in force and effect as long as they are signatory to a Collective Bargaining Agreement with Local 282 I.B. of T. and/or are obligated to pay contributions to the Plaintiffs herein pursuant to a Collective Bargaining Agreement, Declaration of Trust or any other obligation to contribute to Plaintiff FUNDS.

Dated: Brooklyn, New York
May 18, 2005

SO ORDERED AND ADJUDGED

s/John Gleeson
JOHN GLEESON - U.S.D.J.